## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01670-PAB


MARIA TRYSLA, an individual, and THE MARKETING DEPARMENT LLC, a Colorado limited liability company,

Plaintiffs,

v.

THE MARKETING DEPARTMENT WORLDWIDE, LLC, a Delaware limited liability company, and JOHN COOLEY, an individual,

Defendants.

---

## ENTRY OF APPEARANCE BY STEPHEN M. DEHOFF

---

Stephen M. DeHoff hereby enters his appearance in the above-referenced case as counsel of record on behalf of Plaintiffs Maria Trysla and The Marketing Department LLC, a Colorado limited liability company.

Dated:  August 7, 2015.

By: *s/Stephen M. DeHoff*
Stephen M. DeHoff
FORTIS LAW PARTNERS, LLC
1900 Wazee Street, Suite 300
Telephone: (720) 904-6000
Facsimile: (303) 295-9701
Denver, CO 80202
sdehoff@fortislawpartners.com

00013431 - v1

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2015, I electronically filed the foregoing **ENTRY OF APPEARANCE BY STEPHEN M. DEHOFF** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Neil L. Glazer
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
nglazer@kohnswift.com

*s/Patricia Foos*
Patricia Foos
FORTIS LAW PARTNERS LLC
1900 Wazee Street, Suite 300
Denver, CO 80202
Telephone: (720) 904-6000
Facsimile: (303) 295-9701
Email: pfoos@fortislawpartners.com