# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01670-PAB

MARIA TRYSLA, an individual, and THE MARKETING DEPARMENT LLC, a Colorado limited liability company,

Plaintiffs,

v.

THE MARKETING DEPARTMENT WORLDWIDE, LLC, a Delaware limited liability company, and JOHN COOLEY, an individual,

Defendants.

## ENTRY OF APPEARANCE BY KEVIN J. BURNS

Kevin J. Burns hereby enters his appearance in the above-referenced case as counsel of record on behalf of Plaintiffs Maria Trysla and The Marketing Department LLC, a Colorado limited liability company.

Dated:  August 7, 2015.

By: *s/Kevin J. Burns*
Kevin J. Burns
FORTIS LAW PARTNERS, LLC
1900 Wazee Street, Suite 300
Telephone: (720) 904-6000
Facsimile: (303) 295-9701
Denver, CO 80202
kburns@fortislawpartners.com

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 7, 2015, I electronically filed the foregoing **ENTRY OF APPEARANCE BY KEVIN J. BURNS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Neil L. Glazer
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
nglazer@kohnswift.com

                *s/Patricia Foos*
                Patricia Foos
                FORTIS LAW PARTNERS LLC
                1900 Wazee Street, Suite 300
                Denver, CO 80202
                Telephone: (720) 904-6000
                Facsimile: (303) 295-9701
                Email: pfoos@fortislawpartners.com