IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01670-PAB-KMT
MARIA TRYSLA, and THE MARKETING DEPARTMENT LLC, a Colorado limited liability company,
Plaintiffs, v.
THE MARKETING DEPARTMENT WORLDWIDE, LLC, and JOHN COOLEY,
Defendants.

## PRO SE ENTRY OF APPEARANCE

To:    The clerk of court and all parties of record

I, John Cooley, hereby give notice and certify that I am appearing in this action on behalf of myself.

DATED at Philadelphia, Pennsylvania this 25th day of January, 2016.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 27 2016

JEFFREY P. COLWELL
CLERK

Signature: *John F Cooley*

Name: John Cooley

Address: 3 CHADDBURY LN

City, State, ZIP Code: CHADDS FORD PA 19317

Telephone Number: 215 805 4629

Primary E-mail Address: JCooley@TMDWorldw.De.com

This envelope is for use with the following services:
UPS Next Day Air
UPS Worldwide Express
UPS 2nd Day Air

Apply shipping documents on this side.

Visit **theupsstore.com** or call **1-800-PICK-UPS®** (1-800-742-5877) to find a location near you.

**Domestic Shipments**
- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

---

JOHN COOLEY
(215) 805-4628
3 CHADBURY LN
CHADDS FORD  PA  18317

                                   0.1 LBS      LTR 1 (
                                   SHIP WT: LTR
                                   DATE: 26 JAN 2016

SHIP  ALFRED A. ARRAJ US COURTHOUSE
TO:   ROOM A105
      901 19TH ST

      DENVER CO 80294-2501

      CO 802 9-50

UPS NEXT DAY AIR
TRACKING #: 1Z RR1 627 01 7823 4623

                                   1

ELDR-1052

IBH 13.00N ZZP 450 89.5U 10/2015