**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-01670-PAB-KMT

MARIA TRYSLA, and THE MARKETING DEPARTMENT, LLC,

Plaintiffs,

v.

THE MARKETING DEPARMTNE WORLDWIDE, LLC, and JOHN COOLEY, an individual,

Defendants.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:   The clerk of court and all parties of record

   I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

   John Cooley, and Individual

   DATED at Denver, Colorado this __8th__ day of April, 2016.

                                        RICHARD J. HARRIS
                                         Name of Attorney

                                        R<small>ICHARD</small> J. H<small>ARRIS</small>, A<small>TTORNEY AT</small> L<small>AW</small>, PC
                                         Firm Name

                                        P.O. Box 7570
                                         Office Address

                                        Woodland Park, CO   80863
                                         City, State, ZIP Code

                                        (405) 606-5739
                                         Telephone Number

                                        HarrisColoradoLaw@gmail.com
                                         Primary CM/ECF E-mail Address