IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 15-cv-01670-PAB-KMT

MARIA TRYSLA and
THE MARKETING DEPARTMENT LLC, a Colorado limited liability company,

    Plaintiffs,

v.

THE MARKETING DEPARTMENT WORLDWIDE, LLC and
JOHN COOLEY,

    Defendants.
_____

# ORDER
_____

This matter comes before the Court on the Stipulated Motion for Status Conference [Docket No. 105], wherein the parties ask that the Court schedule a settlement conference in this case. The motion states that "the Parties believe a settlement conference will allow the Parties, who are of limited resources, to resolve this matter." *Id.* at 1. The motion is brought under Fed. R. Civ. P. 16. However, the relevant rule is Local Rule 16.6(a), whereby a "district judge . . . may direct the parties to engage in . . . other alternative dispute resolution proceeding." D.C.COLO.LCivR 16.6(a).

The Court will grant the motion to have a magistrate judge preside over a settlement conference, but only if Mr. John Cooley attends in person. Holding a settlement conference will require a considerable time investment by Magistrate Judge Tafoya. In order to justify that investment, the Court believes that Mr. Cooley should be

present, rather than appearing via telephone. If Mr. Cooley's travel to Denver is not economically feasible, the parties may be able to utilize other alternatives, such as private mediation.

If the parties agree to a settlement conference with Mr. Cooley being present, they should contact Magistrate Judge Kathleen Tafoya's chambers to schedule it.

Wherefore, it is

**ORDERED** that the Stipulated Motion for Status Conference [Docket No. 105] is granted to the extent that the Court will schedule a settlement conference pursuant to Local Rule 16.6(a) in front of Magistrate Judge Kathleen M. Tafoya on condition that Mr. John Cooley personally attend such settlement conference.

DATED June 27, 2017.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge